JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD EUSTACE, | ) Case No. 8:18-cv-01482-JLS-ADS |
| Plaintiff, | ) ORDER STAYING ACTION PENDING FINAL ) SETTLEMENT, REMOVING CASE FROM |
| v. | ) ACTIVE CASELOAD, AND FILING OF ) DISMISSAL |
| SUNRISE SENIOR LIVING MANAGEMENT, INC., et al. | ) |
| Defendant(s). | ) |

On October 31, 2018, the Parties filed a Joint Notice of Settlement (doc. 19), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

///

///

1 | The parties shall file a Stipulation of Dismissal no later than
2 | December 21, 2018. If no dismissal is filed, the Court deems the
3 | matter dismissed at that time.
4 | The Court retains full jurisdiction over this action and this
5 | order shall not prejudice any party in the action.

IT IS SO ORDERED.

    DATED: November 01, 2018

**JOSEPHINE L. STATON**
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE